# United States District Court
# District of Minnesota

Operating Engineers Local #49 Health and Welfare Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local No. 49, International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Fund, and their Trustees

Plaintiff(s),

**JUDGMENT BY DEFAULT**

Civil No. 01-895 JRT/RLE

-vs-

Brisk, Inc. and Bertha Brisk

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of Sixty Six Thousand, Sixty One Dollars and Thirty Three Cents ($ 66,061.33); (a) Against Brisk, Inc., and Bertha Brisk, jointly and severally, in the amount of $29,923.36; (b) Against Brisk, Inc., only, in the amount of $36,137.97.

RICHARD D. SLETTEN, CLERK

DATED: June 21, 2001

By ______________________________
Deborah D. Bell, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ |
| Costs and disbursements | $ |
| Interest to | $ |
| Surcharge | $ |
| **TOTAL JUDGMENT** | $ 66,061.33 |

4